IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DAVENPORT,<br>    Plaintiff | : | No. 3:14cv742 |
| | : | |
| | : | (Judge Munley) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| UNITED STATES OF AMERICA,<br>    Defendant | : | |

## ORDER

**AND NOW,** to wit, this 8th day of July 2015, it is **HEREBY ORDERED** as follows:

1. Defendant's objections to the Report and Recommendation (Doc. 15) are **OVERRULED**;

2. The R&R of Chief Magistrate Judge Carlson (Doc. 14) is **ADOPTED** to the extent that defendant's motion to dismiss plaintiff's FTCA claim (Doc. 10) is **DENIED**;

3. The action shall **PROCEED** against Defendant United States;

4. Defendant United States shall file an answer within 30 days; and

5. This case is **REMANDED** to Chief Magistrate Judge Carlson for further proceedings.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**